`IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



RASHARD KALOND JOLLY,

           Plaintiff,

      v.                                                     CIVIL ACTION NO. 4:19cv123

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on Rashard Jolly's ("Plaintiff") action for judicial review of the final decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for disability and disability insurance benefits ('DIB"). On February 14, 2020, this matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation. On February 18, 2020, the United States Magistrate Judge entered an order directing Mr. Jolly to file a motion for summary judgment by April 3, 2020. On March 4, 2020, Plaintiff filed a Submission (ECF No. 14). On April 2, 2020, Defendant filed a Motion for Summary Judgment and accompanying memorandum. (ECF Nos. 15 & 16). On December 10, 2020, the Magistrate Judge filed his report recommending that Plaintiff's Submission be **DENIED**, that Defendant's Motion for Summary Judgment be **GRANTED**, and the Commissioner's final decision be **AFFIRMED**. By copy of the report, the parties were advised of their right to file written objections to the findings and

recommendations of the Magistrate Judge. The Court has received no objections to the report and the time for filing the same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed December 10, 2020, and it is, therefore **ORDERED** that Plaintiff's Submission is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**. Accordingly, the final decision of the Commissioner is **AFFIRMED**.

The Clerk shall mail a copy of this final Order to the Plaintiff and counsel for the Defendant.

**IT IS SO ORDERED.**

Norfolk, Virginia
March 10, 2021

Raymond A. Jackson
United States District Judge